IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02191-BNB

ROBERT E. QUINTANO,

    Applicant,

v.

STEVE HARTLEY, Warden, A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

ORDER DRAWING CASE

---

    After review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that

this case does not appear to be appropriate for summary dismissal.  Therefore, the

case will be drawn to a district judge and to a magistrate judge.  *See* D.C.COLO.LCivR

8.2D.  Accordingly, it is

    ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

    DATED April 2, 2012, at Denver, Colorado.

                                        BY THE COURT:

                                         s/ Boyd N. Boland
                                        United States Magistrate Judge