

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

CIVIL ACTION NO. 11-cv-02191-RM

ROBERT E. QUINTANO,

    Petitioner,

vs.

STEVE HARTLEY, Warden, A.V.C.F., and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

    Upon careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

    **ORDERED** that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this 20th day of March, 2015.

                      BY THE COURT:

                      RAYMOND P. MOORE
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-02191-RM

Arapahoe County Justice Center
7325 South Potomac Street
Centennial, CO 80112

Robert E. Quintano
# 105549
Arkansas Valley Correctional Facility (AVCF)
12750 Highway 96 at Lane 13
Ordway, CO 81034

Wendy Jo Ritz - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  3/24/2015  .

                        JEFFREY P. COLWELL, CLERK

                        By: s/ D. Berardi
                              Deputy Clerk